The Wenger-Armstrong Corporation, appellee, v. Charles W. Peters, sheriff, and Bell Oil & Gas Company, appellants. Gen. No. 28,916.

Action of replevin. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 6, 1925. Certiorari denied by Supreme Court (making opinion final).

Harry A. Myerson and John A. Bloomingston, for appellants. Houlihan & Michels, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Pedro Lombardaso, appellee, v. Northern Pacific Railroad Company, appellant. Gen. No. 28,925.

Action to recover amount paid for railroad transportation. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank T. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Sidney F. Blanc, for appellant; D. F. Lyons and D. R. Frost, of counsel. Laurance P. Simpson, for appellee; Fred A. Gariepy, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Century Trust & Savings Bank, appellee, v. Leo Jacobsohn, appellant. Gen. No. 28,938.

Action on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed December 24, 1924.

Morris K. Levinson, for appellant. No appearance for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Sam Silver, appellee, v. Liberty Trust & Savings Bank, appellant. Gen. No. 28,947.

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Ringer, Wilhartz & Hirsch, for appellant; Samuel E. Hirsch and Sidney J. Wolf, of counsel. Harry H. Levy, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.